IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLACKSMITH MULTI-MEDIA, INC, SHARON E. BLACK and ROBERT E. BLACK, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   CASE NO. 2:14-CV-651-WKW<br>) |
| THE STATE OF ALABAMA, *et al.*, | )<br>) |
| Defendants. | ) |

## **ORDER**

On October 21, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The claims of plaintiff Blacksmith Multi-Media, Inc., are DISMISSED and Blacksmith Multi-Media, Inc., is DISMISSED as a party to this cause of action; and

3. This case is REFERRED BACK to the Magistrate Judge for further proceedings.

Done this 13th day of November, 2014.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE