IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON E. BLACK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-651-WKW |
| ) | [WO] |
| LORENZO PATRICK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 27, 2016, the Magistrate Judge filed a Recommendation in this case. (Doc. # 67.) Plaintiffs filed Objections on February 10, 2016. (Doc. # 68.) The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiffs object and has independently reviewed the file in this case. Upon careful consideration, it is ORDERED as follows:

1. Plaintiffs' Objections are OVERRULED;

2. The Recommendation (Doc. # 67) is ADOPTED; and

3. This case is DISMISSED.

A separate final judgment will be entered.

DONE this 22nd day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE